No. 81–2116. PETTIBONE CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied. ▮

No. 81–2119. AXELROD, NEW YORK STATE COMMISSIONER OF HEALTH *v.* COE ET AL.; and

No. 81–6511. COE ET AL. *v.* AXELROD, NEW YORK STATE COMMISSIONER OF HEALTH, ET AL. C. A. 2d Cir. Certiorari denied. Reported below: 669 F. 2d 67.

No. 81–2120. DURHAM INDUSTRIES, INC. *v.* NORTH RIVER INSURANCE CO. C. A. 2d Cir. Certiorari denied.

No. 81–2121. BOLL *v.* OHIO. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 81–2122. WISCONSIN AVENUE ASSOCIATES, INC., ET AL. *v.* 2720 WISCONSIN AVENUE COOPERATIVE ASSN., INC., ET AL.; and

No. 81–2179. GOLD DEPOSITORY & LOAN CO., INC. *v.* 2720 WISCONSIN AVENUE COOPERATIVE ASSN., INC., ET AL. Ct. App. D. C. Certiorari denied. Reported below: 441 A. 2d 956.

No. 81–2124. BOSTON ASSOCIATION OF SCHOOL ADMINISTRATORS & SUPERVISORS, AFL–CIO *v.* MORGAN ET AL. C. A. 1st Cir. Certiorari denied. ▮

No. 81–2126. FIELDS, ACTING WARDEN, JOSEPH HARP CORRECTIONAL CENTER, ET AL. *v.* PAUL M. C. A. 10th Cir. Certiorari denied. ▮

No. 81–2129. EISENBERG *v.* CROWLEY. Ct. App. Wis. Certiorari denied. ▮

No. 81–2130. JOSEPH ET AL. *v.* BOND ET AL. C. A. 8th Cir. Certiorari denied. ▮